RALPH WILBORN & ETTA L. WILBORN, P.C.
RALPH WILBORN, Attorney at Law — OSB # 84104
RRWilborn@aol.com
1980 Willamette Falls Drive, Suite 230, PMB # 294
West Linn, OR 97068
Voice: (503) 723-3404
Fax: (503) 723-3405
   Attorney for Plaintiff

FILED'08 MAR 28 08:55USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**LINDA JILER,**                                                          CV 99-6175-HA

   Plaintiff,

vs.                                                                        ORDER

**COMMISSIONER of Social Security,**

   Defendant.

_____

   Attorney fees in the amount of $11,578.50 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $3,475.00, pursuant to the Equal Access to Justice Act. When issuing the § 406(b) check, the agency is directed to subtract the amount previously awarded under the EAJA, and to send the balance of $8,103.50, minus any user fee, to Plaintiff's attorney **at this address: 19093 S. Beavercreek Road, PMB # 314, Oregon City, OR 97045.** Any amount withheld (including the EAJA fee offset) after all attorneys fees are paid should be released to the claimant.

   DATED this 28 day of March, 2008.

                                                     /s/ Ancer L. Haggerty
                                                     United States District Judge

Presented by:
/s/ Ralph Wilborn, OSB # 84104
(503) 723-3404
   Attorney for Plaintiff

ORDER - Page 1